In the Matter of William Thomson and Others.— Motion to confirm referee's report granted. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Leo Pohoriles, Respondent, v. Morris Rosenbloom and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Mattie L. Humphrey, Respondent, v. Lee O. Humphrey, Appellant.— Order reversed and motion denied. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

In the Matter of the Application of Charles Berntson, Appellant, for a Writ of Mandamus, against John T. Fetherston, Commissioner of the Department of Street Cleaning of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

August G. Merle, Respondent, v. Samuel H. London and Others, Impleaded with Sociological Research Film Corporation, Appellant.— Order reversed and motion granted to the extent stated in order. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Arthur Warriner, Respondent, v. The Hocking Valley Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Julia Keel, as Administratrix, etc., v. Jobson-Gifford Company, Impleaded.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

John G. Weeks v. Frances Alda Casazza.— Motion denied on conditions stated in order. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Abraham Plotkin v. Jacob Goldstein.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

In the Matter of Seventh Avenue and Varick Street.— Motion denied on conditions stated in order. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Minnie H. Neilson v. Theophilus Neilson.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Sigmund Blitzer v. William Vechsler.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Michael Sheriff v. Ætna Life Insurance Company.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Robert A. Beatty v. Gustav L. Rosenberg.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.